MELVILLE M. MERRELL, Respondent, *v.* GEORGE R. BLANCH-ARD, Appellant.

Reported below, 7 App. Div. 167.
(Argued December 14, 1896; decided December 22, 1896.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered July 8, 1896, which affirmed a judgment in favor of plaintiff entered upon a verdict directed by the court.

The motion was made upon the ground that the record discloses no question of law that appellant can be permitted to argue before the Court of Appeals.

*Tyler, Pratt & Hibbard* for motion.

*William M. Safford* opposed.

Motion denied, with ten dollars costs.